UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL EARL H. SMITH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. C12-5376-TSZ<br><br>ORDER DISMISSING CASE |

The Court, after careful consideration of the plaintiff's complaint, the parties' briefs, all papers and exhibits filed in support and opposition thereto, and the Report and Recommendation of the Honorable James P. Donohue, and no objections having been filed, does hereby find and ORDER:

(1)　The Court adopts the Report and Recommendation.

(2)　The final decision of the Commissioner is AFFIRMED and this case is dismissed with prejudice.

(3)　The Clerk of the Court is directed to send copies of this Order to the parties and to Judge Donohue.

ORDER DISMISSING CASE
PAGE - 1

1  DATED this 4th day of February, 2013.

_____
THOMAS S. ZILLY
United States District Judge

ORDER DISMISSING CASE
PAGE - 2